| Customer Name | Document Total | Amount Outstanding | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | 121 - 150 Days Past Due | 151+ Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| Coin Cloud | $660,596.37 | $766,434.99 | $83,372.02 | $93,792.72 | $334,445.29 | $255,041.51 | $0.00 | $0.00 | ($216.55) |

**EXHIBIT 2**