JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Cennox Reactive Field Services, LLC f/n/a Tecniflex, LLC d/b/a Bancsource ; | Cash Cloud, Inc. d/b/a Coin Cloud ; |
| 5 Incorporated and Principal Place of Business in Another State; | 2 Citizen of Another State; Nevada |
| **County of Residence:** Greene County | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

Attorney Eric Ryan Olson ( Cennox Reactive Field Services, LLC f/n/a Tecniflex, LLC d/b/a Bancsource )
Husch Blackwell LLP
3810 E. Sunshine Street, Suite 300
Springfield, Missouri 65809
**Phone:** 417-268-4035
**Fax:**
**Email:** Ryan.Olson@huschblackwell.com

Attorney Bryan O Wade ( Cennox Reactive Field Services, LLC f/n/a Tecniflex, LLC d/b/a Bancsource )
Husch Blackwell LLP
3810 E. Sunshine Street, Suite 300
Springfield, Missouri 65809
**Phone:** 417-268-4000
**Fax:**
**Email:** bryan.wade@huschblackwell.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** 5 Incorporated and Principal Place of Business in Another State
   **Defendant:** 2 Citizen of Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Breach of Contract 28 U.S.C. §1332(a)(1).

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** $770,000

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Bryan O. Wade

**Date:** October 21, 2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 6:22-cv-03274-RK   Document 1-3   Filed 10/21/22   Page 2 of 2