IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CENNOX REACTIVE FIELD SERVICES, LLC<br>F/K/A TECNIFLEX LLC<br>d/b/a BANCSOURCE<br><br>    Plaintiff,<br><br>v.<br><br><br>CASH CLOUD, INC.<br>d/b/a Coin Cloud<br>    Serve: Registered Agent, Inc.<br>           401 Ryland Street<br>           STE 200-A,<br>           Reno, NV, 89502<br><br>    Defendant. | Case No. 6:22-cv-03274-RK |

## ENTRY OF APPEARANCE

COMES NOW Bryan Wade of the law firm of Husch Blackwell LLP and enters his appearance on behalf of Plaintiff in this matter.

HUSCH BLACKWELL LLP

By:   /s/ Bryan Wade
      Bryan O. Wade,     #41939
      E. Ryan Olson       #66125
      3810 E. Sunshine St.
      Suite 300
      Springfield, MO 65809
      Phone: (417) 268-4000
      Fax: (417) 268-4040
      Bryan.Wade@huschblackwell.com
      Ryan.Olson@huschblackwell.com
      **Attorneys for Plaintiff Cennox Reactive Field Services, LLC f/k/a Tecniflex, LLC d/b/a Bancsource**