IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **CENNOX REACTIVE FIELD SERVICES, LLC** ) <br> **F/K/A TECNIFLEX LLC** ) <br> **d/b/a BANCSOURCE** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> **CASH CLOUD, INC.** ) <br> **d/b/a Coin Cloud** ) <br> **Serve**: Registered Agent, Inc. ) <br> 401 Ryland Street ) <br> STE 200-A, ) <br> Reno, NV, 89502 ) <br> ) <br> **Defendant.** ) | Case No. 6:22-cv-03274-RK |

## ENTRY OF APPEARANCE

COMES NOW Ryan Olson of the law firm of Husch Blackwell LLP and enters his appearance as co-counsel on behalf of Plaintiff in this matter.

                                                HUSCH BLACKWELL LLP

                                  By: __/s/ Ryan Olson_____

| | |
|---|---|
| Bryan O. Wade, | #41939 |
| E. Ryan Olson | #66125 |

3810 E. Sunshine St.
Suite 300
Springfield, MO 65809
Phone: (417) 268-4000
Fax: (417) 268-4040
Bryan.Wade@huschblackwell.com
Ryan.Olson@huschblackwell.com
**Attorneys for Plaintiff Cennox Reactive Field Services, LLC f/k/a Tecniflex, LLC d/b/a Bancsource**