# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| CENNOX REACTIVE FIELD SERVICES, LLC<br>F/K/A TECNIFLEX LLC D/B/A BANCSOURCE<br><br>*Plaintiff(s)*<br>v.<br><br>CASH CLOUD, INC.<br>D/B/A COIN CLOUD<br><br>*Defendant(s)* | Civil Action No. 6:22-CV-03274-RK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cash Cloud, Inc.
Registered Agent, Inc.
401 Ryland Street, Ste. 200-A
Reno, NV 89502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bryan O. Wade and Ryan Olson
Husch Blackwell, LLP
3810 E. Sunshine St., Ste. 300
Springfield, MO 65809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/26/2022

CLERK OF COURT

s/ Karen Siegert

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:22-CV-03274-RK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cash Cloud, Inc. d/b/a Coin Cloud__
was received by me on *(date)* __10/27/2022__.

☐ I personally served the summons on the individual at *(place)* ____
____ on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____, a person of suitable age and discretion who resides there,
on *(date)* ____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Gaby Kahl, Paralegal__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Registered Agents Inc.__
__401 Ryland St., Ste. 200-A, Reno, NV 89502__ on *(date)* __11/01/2022 @ 1:08PM__ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:


My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11/02/2022__

*Server's signature*

Noemi Valle Diaz, Process Server #R-2022-14004
Registered in Washoe County, Nevada
*Printed name and title*

Legal Process Service, 105 Mary St., Reno, NV 89509
NV PILB Lic. 604
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Verified Complaint for Damages; Civil Cover Sheet