IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **CENNOX REACTIVE FIELD SERVICES, LLC** <br> **F/K/A TECNIFLEX LLC** <br> **d/b/a BANCSOURCE** <br><br> **Plaintiff,** <br><br> v. <br><br> **CASH CLOUD, INC.** <br> **d/b/a Coin Cloud** <br><br> **Defendant.** | Case No. 6:22-cv-03274-RK |

### PLAINTIFF CENNOX REACTIVE FIELD SERVICES, LLC'S MOTION FOR ENTRY OF DEFAULT

Plaintiff Cennox Reactive Field Services, LLC ("Plaintiff"), moves the Court for an Entry of Default against Defendant Cash Cloud, Inc. ("Defendant"), pursuant to Fed.R.Civ.P. 55(a) for Defendant's failure to file a responsive pleading within twenty-one (21) days of service. In support of its Motion, Plaintiff states to the Court as follows:

1. On October 21, 2022, Plaintiff filed the above-captioned case. On November 1, 2022, Defendant was served with a summons and copy of Plaintiff's Verified Complaint by personal service of process. A copy of the proof of service and return of service was filed with this court on November 7, 2022. (**See Doc. 4**)

2. To date, Defendant has not filed a responsive pleading or otherwise defended the suit.

3. Plaintiff is entitled to Entry of Default under Fed.R.Civ.P. 55(a) for Defendant's failure to file a responsive pleading.

## A. Argument

4. Pursuant to Fed.R.Civ.P. 55(a), the court clerk may make an entry of default against a party upon the party's failure to plead or otherwise defend against a pleading listed in Fed.R.Civ.P.7(a); *see also Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781 (8th Cir. 1998).

5. The court clerk should enter a default against Defendant because Defendant did not file a responsive pleading within 21 days after November 1, 2022, the date of service. FED.R.CIV.P. 12(a)(1)(A)(i) and 55(a). In addition, the clerk should enter a default against Defendant because Defendant did not otherwise defend the suit. FED.R.CIV.P. 55(a).

6. Defendant is not a minor or an incompetent person. FED.R.CIV.P. 55(b)(1).

## B. Conclusion

7. Because Defendant was properly served and did not file a responsive pleading or otherwise defend the suit, Plaintiff asks the court clerk to enter a default against Defendant. FED.R.CIV.P. 55(a).

**HUSCH BLACKWELL LLP**

By: __/s/ Bryan Wade_____
    Bryan O. Wade,    #41939
    E. Ryan Olson    #66125
    3810 E. Sunshine St.
    Suite 300
    Springfield, MO 65809
    Phone: (417) 268-4000
    Fax: (417) 268-4040
    Bryan.Wade@huschblackwell.com
    Ryan.Olson@huschblackwell.com
    **Attorneys for Plaintiff Cennox Reactive Field Services, LLC f/k/a Tecniflex, LLC d/b/a Bancsource**

**CERTIFICATE OF SERVICE**

      I certify that on this 5th day of December, 2022, a true and correct copy of the foregoing was electronically served on all counsel of record via the Court's ECF system.

                                By: *Bryan Wade*
                                        Bryan Wade