# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **CENNOX REACTIVE FIELD SERVICES, LLC F/K/A TECNIFLEX LLC d/b/a BANCSOURCE** <br> Plaintiff, <br><br> v. <br><br> **CASH CLOUD, INC.** <br> d/b/a Coin Cloud, <br> Defendant. | Case No. 6:22-cv-03274-RK |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named Defendant is ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

**CASH CLOUD, INC.**
d/b/a Coin Cloud

Dated: December 7, 2022

Paige Wymore-Wynn
Acting Clerk of Court

/s/ LaTandra Wheeler
(by) Deputy Clerk