IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **CENNOX REACTIVE FIELD SERVICES, LLC F/K/A TECNIFLEX, LLC d/b/a BANCSOURCE**,<br><br>**Plaintiff,**<br><br>v.<br><br>**CASH CLOUD, INC., d/b/a COIN CLOUD,**<br><br>**Defendant.** | **CIVIL ACTION NO.: 6:22-cv-03274-RK** |

## SUGGESTION OF BANKRUPTCY

Defendant Cash Cloud, Inc. doing business as Coin Cloud ("Cash Cloud"), hereby notifies this Court that it filed a Chapter 11 Bankruptcy case in the United States Bankruptcy Court for the District of Nevada on February 7, 2023, Case No. 23-10423. A copy of the Voluntary Petition is attached hereto as **Exhibit A**.

Cash Cloud requests that the Court stay this action pursuant to 11 U.S.C. § 362(a)(1) imposing an automatic stay on actions to collect pre-petition debts of the bankruptcy debtor.

This 10th day of February 2023.

/s/ Nicole H. Howell
Nicole H. Howell (MO Bar #56815)
FOX ROTHSCHILD LLP
4900 Main Street, Suite 150
Kansas City, Missouri 64112
(816) 919-7902 – Telephone
(816) 919-7901 – Facsimile
nhowell@foxrothschild.com

1

# CERTIFICATE OF SERVICE

I certify that on this 10th day of February 2023, a true and correct copy of the foregoing was electronically served on all counsel of record via the Court's ECF system.

**HUSCH BLACKWELL LLP**

Bryan O. Wade
E. Ryan Olson
3810 E. Sunshine St.
Suite 300
Springfield, MO 65809
Phone: (417) 268-4000
Fax: (417) 268-4040
Bryan.Wade@huschblackwell.com
Ryan.Olson@huschblackwell.com
**Attorneys for Plaintiff**
**Cennox Reactive Field Services, LLC**
**f/k/a Tecniflex, LLC d/b/a Bancsource**

                                          By: Nicole H. Howell
                                          Nicole H. Howell