IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CENNOX REACTIVE FIELD SERVICES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:22-cv-03274-RK<br>)<br>) |
| CASH CLOUD, INC., | )<br>) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Cash Cloud, Inc.'s Notice of Filing Bankruptcy. (Doc. 10.) Defendant Cash Cloud, Inc. states that on February 7, 2023, it filed a petition for bankruptcy pursuant to Chapter 11 of the Bankruptcy Code, Case No. BK-23-10423-mkn, in the United States Bankruptcy Court for the District of Nevada. (*Id.*) Defendant Cash Cloud requests the Court to stay this action pursuant to 11 U.S.C. § 362(a)(1). (*Id.*)

Title 11, United States Code, § 362(a) provides, in relevant part:

Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of – (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title[.] . . .

Based on the forgoing, all proceedings in the above-captioned case are hereby **STAYED**. The Court **FURTHER ORDERS** Defendant Cash Cloud, Inc. (1) to file a written report in this case of the status of the bankruptcy proceedings in Case No. BK-23-10423-mkn before the United States Bankruptcy Court for the District of Nevada every **120 days** from the date of this Order, and (2) to immediately advise the disposition of Defendant Cash Cloud, Inc.'s bankruptcy case.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 10, 2023