IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **CENNOX REACTIVE FIELD SERVICES, LLC F/K/A TECNIFLEX, LLC d/b/a BANCSOURCE**,<br><br>      **Plaintiff,**<br><br>      v.<br><br>**CASH CLOUD, INC., d/b/a COIN CLOUD,**<br><br>      **Defendant.** | **CIVIL ACTION NO.: 6:22-cv-03274-RK** |

**STATUS REPORT**

Pursuant to ECF #11, Defendant Cash Cloud, Inc. doing business as Coin Cloud ("Cash Cloud") provides the following status update:

On February 7, 2023, Defendant/Debtor filed a Chapter 11 Bankruptcy case in the United States Bankruptcy Court for the District of Nevada, Case No. 23-10423. Defendant/Debtor then requested a stay of this matter, which the Court granted on February 10, 2023, with instructions to provide an update every 120 days and at the conclusion of the bankruptcy matter. [ECF #11].

On April 7, 2023, Defendant/Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtor Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF #392]. On April 27, 2023, the Court entered its Order Establishing Bidding Procedures and Related Deadlines [ECF #483], and the Auction

commenced on June 2, 2023 [ECF #618, 621]. On June 5, 2023, Defendant/Debtor filed its Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets [ECF #618, 621] and Defendant/Debtor served the Auction Notice on all required parties [ECF #623]. Defendant/Debtor's assets are in the process of being sold in accordance with terms of the winning bids, with closings scheduled to occur in late June 2023.

Defendant will provide an updated status report in 120 days and/or when the bankruptcy concludes, as ordered by this Court.

This 9th day of June 2023.

/s/ Nicole H. Howell
Nicole H. Howell (MO Bar #56815)
FOX ROTHSCHILD LLP
4900 Main Street, Suite 150
Kansas City, Missouri 64112
(816) 919-7902 – Telephone
(816) 919-7901 – Facsimile
nhowell@foxrothschild.com

## CERTIFICATE OF SERVICE

I certify that on this 9th day of June 2023, a true and correct copy of the foregoing was electronically served on all counsel of record via the Court's ECF system.

**HUSCH BLACKWELL LLP**

Bryan O. Wade
E. Ryan Olson
3810 E. Sunshine St.
Suite 300
Springfield, MO 65809
Phone: (417) 268-4000
Fax: (417) 268-4040
Bryan.Wade@huschblackwell.com
Ryan.Olson@huschblackwell.com
**Attorneys for Plaintiff**
**Cennox Reactive Field Services, LLC**
**f/k/a Tecniflex, LLC d/b/a Bancsource**

                                                  By:  Nicole H. Howell
                                                  Nicole H. Howell